UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHERRI L. LOVE,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL UNIT E FMWCC, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-00525-JAD-EJY<br><br>**ORDER** |

**I.  DISCUSSION**

In its April 6, 2021 Screening Order, the Court dismissed Plaintiff's Complaint and ordered her to file an amended complaint by May 7, 2021.  ECF No. 11.  Plaintiff subsequently filed a Motion for an Extension of Time to file the amended complaint and a Motion for Appointment of Counsel.  ECF Nos. 13, 14.  On April 27, 2021, the Court denied the Motion for Appointment of Counsel but extended the deadline for filing an amended complaint until June 7, 2021.  ECF No. 15.  Plaintiff has now filed two additional requests for appointment of counsel and extension of the deadline to file the amended complaint.  ECF Nos. 16, 17.

For the same reasons the Court denied Plaintiff's previous Motion for Appointment of Counsel, the Court denies Plaintiff's second and third requests for appointment of counsel.  The Court informs Plaintiff that it will not respond to any further requests for appointment of counsel that are filed before the Court enters an order finding that Plaintiff states a colorable claim in an amended complaint.

The Court will grant Plaintiff's Motion for Extension of Time.  Plaintiff's amended complaint shall be due on July 7, 2021.  The Court explicitly warns Plaintiff that it is very unlikely to look favorably upon any further requests for an extension of time.

**II.  CONCLUSION**

For the foregoing reasons, IT IS HEREBY ORDERED that the Motions for Appointment of Counsel (ECF Nos. 16, 17) are DENIED.

1

IT IS FURTHER ORDERED that the Motions for Extension of Time (ECF Nos. 16, 17) are GRANTED. Plaintiff shall file her amended complaint on or before July 7, 2021.

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint by July 7, 2021, this action will be subject to dismissal.

DATED THIS 19th day of May, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE