UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHERRI L. LOVE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEDICAL UNIT E FMWCC, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-00525-JAD-EJY<br><br>**ORDER** |

On October 25, 2021, the Court ordered the Attorney General's Office to file a notice with the Court indicating whether it could accept service of process for any of the named defendants. ECF No. 33 at 1-2. The Attorney General's Office was also ordered to file, under seal, the last known address for any of the named defendants if service could not be accepted. *Id.* On November 15, 2021, the Attorney General's Office filed a response to the Court's Order stating "service is not accepted on behalf of Rene Pena, a physician who worked with the Nevada Department of Corrections who has not requested representation in this matter." ECF No. 39. The Attorney General's Office also filed Rene Pena's last known address under seal. ECF No. 40.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall issue summons for Defendant Rene Pena. The Clerk of Court shall send the summons to the U.S. Marshal with the address provided under seal for this Defendant (ECF No. 40).

IT IS FURTHER ORDERED that the Clerk of Court shall send **one** copy of Plaintiff's First Amended Complaint (ECF No. 21), **one** copy of the Court's Screening Order (ECF No. 23), and **one** copy of this Order to the U.S. Marshal for service on Defendant Rena Pena.

IT IS FURTHER ORDERED that the Clerk of Court shall send **one** copy of the USM-285 form to Plaintiff.

IT IS FURTHER ORDERED that Plaintiff shall have until **December 16, 2021** to complete the USM-285 service form and return it to the U.S. Marshal, United States Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that the U.S. Marshal **shall** attempt to effect service on Defendant Rena Pena within **thirty (30) court days** of the date he receives Plaintiff's USM-285.

IT IS FURTHER ORDERED that Plaintiff shall have **21 days** from the date the U.S. Marshal returns to Plaintiff a copy of the USM-285 form showing whether service has been accomplished to file a notice with the Court stating whether Defendant Rena Pena was served.

IT IS FURTHER ORDERED that if Plaintiff fails to follow this Order, Plaintiff's claims against Defendant Rena Pena may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

Dated this 16th day of November, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE