UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHERRI L. LOVE,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL UNIT E FMWCC, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-00525-JAD-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion seeking an extension of time to return the USM 285 service form and to amend the scheduling order entered on October 29, 2021. ECF No. 49. Plaintiff states that the facility at which she is housed is on lockdown and she, essentially, seeks a stay until the lockdown is over. *Id*.

The Court understands the concerns expressed by Plaintiff; however, an indefinite stay is disfavored by the Court. It is also unclear why the lockdown would prevent Plaintiff from returning the U.S. Marshal service form or prevent Plaintiff from engaging in discovery. Nonetheless, the Court recognizes that the lockdown may delay and hinder Plaintiff's ability to access mail.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion (ECF No. 49) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Plaintiff is granted an additional 30 days to return the completed USM 285 service form. The new due date is January 17, 2022.

1

IT IS FURTHER ORDERED that the discovery period is extended by 30 days to February 25, 2022; discovery motion deadline is extended to March 11, 2022; dispositive motion deadline is extended to April 4, 2022; and, the joint pretrial order is due May 4, 2022, unless dispositive motions are pending on that date in which case the deadline is extended until 30 days after the Court issues its decision on such motions.

DATED this 29th day of November, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE