UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHERRI L. LOVE,<br><br>   Plaintiff,<br><br>   v.<br><br>MEDICAL UNIT E FMWCC, *et al.*,<br><br>   Defendants. | Case No. 2:20-cv-00525-JAD-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Request for a blank U.S. Marshal 285 form. ECF No. 57.

IT IS HEREBY ORDERED that Plaintiff's Request (ECF No. 57) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall promptly mail to Plaintiff two blank USM 285 forms for her use.

DATED this 3rd day of January, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE