UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHERRI L. LOVE,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL UNIT E FMWCC, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-00525-JAD-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Leave to file a Supplemental Complaint, which would be Plaintiff's Third Amended Complaint. ECF No. 55. Defendants filed a non-opposition to Plaintiff's Motion on December 10, 2022. ECF No. 61.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File a Supplemental Complaint (ECF No. 55) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall separate Plaintiff's Complaint (ECF No. 55-1) and file as Plaintiff's Third Amended Complaint.

IT IS FURTHER ORDERED that Defendants' response to Plaintiff's Third Amended Complaint shall be due on or before **February 1, 2022**.

DATED this 11th day of January, 2022.

---
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1