UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHERRI L. LOVE, | Case No. 2:20-cv-00525-JAD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| MEDICAL UNIT E FMWCC, *et al.*, | |
| Defendants. | |

Pending before the Court is Plaintiff's filing seeking an extension of the discovery period. ECF No. 69. Plaintiff also asks the Court whether she is supposed to file a rebuttal to Defendant's Answer to her First Amended Complaint. *Id*. The scheduling order currently provides that the discovery period closes on February 25, 2022; discovery motions must be filed by March 11, 2022; dispositive motions must be filed by April 4, 2022; and, the joint pretrial order must be filed by May 4, 2022, unless dispositive motions are pending on that date in which case the deadline is extended until 30 days after the Court issues its decision on such motions. ECF No. 50. The record reflects that Dr. Pina was served with Plaintiff's Second Amended Complaint on December 20, 2021. ECF No. 67. No responsive pleading has been filed as of the date of this Order. As such, an extension of dates in the operative scheduling order is appropriate.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's filing seeking an extension of the discovery period (ECF No. 69) is GRANTED; provided, however, that no further extensions of time will be granted absent agreement of the parties or a showing of unexpected, extraordinary circumstances.

IT IS FURTHER ORDERED that:

- The discovery cutoff period is **April 25, 2022**. All written discovery (interrogatories, requests for production of documents, and requests for admissions) must be served by mail on the opposing party no later than March 22, 2022.
- The last day to file discovery motions is **May 25, 2022**.

1

- The last day to file dispositive motions (motions for summary judgment) is **June 27, 2022**.
- The last day to file the joint pretrial order is **August 29, 2022**; however, if dispositive motions are pending on that date, the last day for filing a joint pretrial order is advanced to thirty (30) days after the Court issues its ruling on such motions.

IT IS FURTHER ORDERED that no response to Defendant's answer to Plaintiff's First Amended Complaint shall be filed.

DATED this 25th day of January, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2