UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHERRI L. LOVE,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL UNIT E FMWCC, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-00525-JAD-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's third request to extend the discovery deadline, which she states is March 22, 2022. Plaintiff's Motion misstates the facts. On January 1, 2022, the Court extended the discovery deadline to April 25, 2022. ECF No. 73. A copy of that Order will be sent to Plaintiff at the same time this Order is sent.

To the extent Plaintiff seeks to send discovery to Defendants, she must mail written requests for information to counsel for Defendants that details what information and documents she seeks. Information requests through questions are called interrogatories. Plaintiff must state simply and clearly what questions she wants Defendants to answer. Each question must be stated separately. Plaintiff may only ask Defendants 25 questions. Defendants has 33 days from the date Plaintiff mails her questions to mail the responses unless an extension is requested and granted.

To seek documents, Plaintiff must mail a written request to counsel for Defendants stating clearly what records she seeks. Plaintiff may only obtain records in Defendants' custody or under Defendants' control. Each request for a type or category of documents must be stated separately. These requests must also be mailed to Defendants who has 33 days to mail responses unless an extension is requested and granted.

Plaintiff must **not** file her requests for information or documents with the Court. Plaintiff must send the requests to Defendants' counsel by mail no later than March 25, 2022.

Also pending before the Court is Plaintiff's request for an order requiring a third party—Quality Medical Imaging—to provide a copy of her x-ray results dated February 22, 2016 and

1

November 18, 2016 to Plaintiff. The Court will not order Quality Medical Imaging to produce these records at this time. However, the Court will require Defendants to produce any and all reports regarding or referencing the results of Plaintiff's x-rays on February 22, 2016 and November 18, 2016 to Plaintiff within fourteen (14) days of the date of this Order if such records have not previously been produced and if such records are in Defendants' possession, custody or control.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Request to Extend the Discovery Deadline (ECF No. 79) is DENIED as moot.

IT IS FURTHER ORDERED that, together with a copy of this Order, the Clerk of Court **shall** send Plaintiff a copy of the January 25, 2022 Order entered by the Court at ECF No. 73.

IT IS FURTHER ORDERED that Plaintiff's request for an order requiring third party Quality Medical Imaging to provide copies of x-ray results (ECF No. 80) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Defendants **shall**, within fourteen (14) days of the date of this Order, provide to Plaintiff copies of all x-ray results or records referencing the results of her February 22, 2016 and November 18, 2016 x-rays that are contained in medical files within Defendant's possession, custody or control. This must include all reports, letters, entries on medical records or other documents received by Defendant pertaining to these x-rays. If such records were previously produced, Defendant shall notify the Court of the same and no further production is required.

IT IS FURTHER ORDERED that Plaintiff **shall** be entitled to keep copies of these reports in her cell for use in this litigation.

DATED this 9th day of March, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE