UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHERRI L. LOVE,<br><br>  Plaintiff,<br><br>  v.<br><br>MEDICAL UNIT E FMWCC, *et al.*,<br><br>  Defendants. | Case No. 2:20-cv-00525-JAD-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Service. ECF No. 105. Plaintiff's Motion asks the Court to serve Dr. Betty Omandac, Dr. Ella Cordovez, and the male Dr. Omandac, defendants identified (albeit with limited facts) in the Third Amended Complaint who have not yet been served.[1] Three of the five other defendants (Gabriela Najera, Rene Pena, and Malita Sastrillo) were served. The Attorney General's Office provided last known addresses for defendants Dulce Kabatay and Francisco M. Sanchez. However, Dulce Kabatay and Francisco M. Sanchez were not at the addresses provided and service was ineffective.

Based on the foregoing and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Motion for Service (ECF No. 105) is GRANTED.

IT IS FURTHER ORDERED that within **twenty-one (21)** days of the date of this Order the Attorney General **must** file a notice with the Court advising whether he will accept service on behalf of the three unserved defendants named in Plaintiff's Third Amended Complaint. The three unserved defendants include Dr. Betty Omandac, Dr. Ella Cordovez, and the male Dr. Omandac.

The Attorney General's notice **must** advise the Court and Plaintiff of: (a) the names of the unserved defendants for whom service is accepted; (b) the names of the unserved defendants for whom service is not accepted, and (c) the names of the unserved defendants for whom it is filing the last-known-address information under seal.

---

[1] Defendants did not oppose the filing of the Third Amended Complaint. See ECF No. 61.

1

As to any of the unserved, named defendants for whom the Attorney General's Office cannot accept service, the Attorney General's Office **must** file under seal, and not serve Plaintiff, the last known addresses of those unserved defendants for whom it has such information. If the last known address of a defendant is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address.

IT IS FURTHER ORDERED that if the Attorney General's Office accepts service of process for a named defendant, each such defendant **must** file and serve a response to the Third Amended Complaint (ECF No. 66) no later than **sixty (60)** days after the date of this Order.

IT IS FURTHER ORDERED that the Attorney General's Office and Plaintiff are to advise if either has any additional information that may lead to locating defendants Dulce Kabatay and Francisco M. Sanchez for purpose of service within **twenty-one (21)** days of the date of this Order.

IT IS FURTHER ORDERED that if the Attorney General's Office and/or Plaintiff are unable to provide any additional information to locate defendants Dulce Kabatay and Francisco M. Sanchez so that they may be served, the Court will recommend these defendants be dismissed without prejudice.

DATED this 26th day of May, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE