UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHERRI L. LOVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEDICAL UNIT E FMWCC, *et al.*,<br><br>　　　　Defendants. | Case No. 2:20-cv-00525-JAD-EJY<br><br>**ORDER** |

　　　The Court recently learned that service of Dr. Francisco Sanchez was attempted at an incorrect address.

　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall issue a second summons for Dr. Francisco M. Sanchez at the address provided under seal by the Attorney General's Office. *See* ECF No. 97.

　　　IT IS FURTHER ORDERED that, in preparation for service, the Clerk of Court shall send one copy each of the following documents to the U.S. Marshal Service: (1) a copy of the second summons, (2) Plaintiff's Third Amended Complaint (ECF No. 66), (3) the Court's July 21, 2021 Screening Order (ECF No. 23), and (4) this Order.

　　　IT IS FURTHER ORDERED that the U.S. Marshal Service shall attempt service no later than **June 9, 2022**.

　　　DATED this 1st day of June, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE