UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHERRI L. LOVE,<br><br>    Plaintiff,<br><br>  v.<br><br>MEDICAL UNIT E FMWCC, *et. al*,<br><br>    Defendant. | Case No. 2:20-cv-00525-JAD-EJY<br><br>**ORDER** |

On May 26, 2022, the Court entered an Order instructing the Attorney General's Office to file a notice advising whether he would accept service on behalf of the three unserved defendants named in Plaintiff's Third Amended Complaint. ECF No. 113. The three unserved defendants include Dr. Betty Omandac, Dr. Ella Codrives, and the male Dr. Omandac. *Id.* On June 16, 2022, the Attorney General responded to the Court's Order stating that service could not be accepted on behalf of these Defendants all of whom are former employees of the Nevada Department of Corrections. ECF No. 124. The Attorney General's Office filed, under seal, the last known addresses for Drs. Betty Omandac, Ella Cordovez, and Symour T. Omandac. ECF No. 125.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **will** issue summonses for Defendants Betty T. Omandac, Ella D. Cordovez, and Symour T. Omandac. The Clerk of Court shall send the summonses to the U.S. Marshal with the addresses provided under seal for these Defendants. *See* ECF No. 125.

IT IS FURTHER ORDERED that the Clerk of Court **must** send **three** copies of the following documents: Plaintiff's Third Amended Complaint (ECF No. 66), the Court's July 21, 2021 Screening Order (ECF No. 23), and this Order to the U.S. Marshal for service on Defendants Betty T. Omandac, Ella D. Cordovez, and Symour T. Omandac.

IT IS FURTHER ORDERED that the Clerk of Court **must** send **three** copies of the USM-285 form to Plaintiff.

IT IS FURTHER ORDERED that Plaintiff **will** have through and including **July 21, 2022** to complete the USM-285 forms and **return them to the Clerk of Court, District of Nevada, 333 Las Vegas Blvd. South, Las Vegas, NV 89101**, **who shall then file the completed USM-285 forms under seal**. Because Plaintiff does not have access to Defendants' last known addresses, she does not have to fill out the address section of the USM-285 form. That section will be completed by the U.S. Marshals. However, all other sections of the form **must** be filled out to the best of Plaintiff's ability.

IT IS FUTHER ORDERED that the Clerk of Court **must** forward Plaintiff's completed USM 285 forms to the U.S. Marshalls for service on Defendants Betty T. Omandac, Ella D. Cordovez, and Symour T. Omandac.

IT IS FURTHER ORDERED that the U.S. Marshall **must** attempt to effect service on Defendants Betty T. Omandac, Ella D. Cordovez, and Symour T. Omandac within **fifteen (15) court days** of the date he receives Plaintiff's USM-285 forms.

IT IS FURTHER ORDERED that Plaintiff **will** have **twenty-one (21) days** from the date the U.S. Marshal returns to Plaintiff a copy of the USM-285 form showing whether service has been accomplished to file a notice with the Court stating whether Defendants Betty T. Omandac, Ella D. Cordovez, and Symour T. Omandac were served.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with the terms of this Order, Plaintiff's claims against Defendants Betty T. Omandac, Ella D. Cordovez, and Symour T. Omandac may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

Dated this 21st day of June, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE