UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHERRI L. LOVE,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL UNIT E FMWCC, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-00525-JAD-EJY<br><br>**ORDER STRIKING REPORT AND RECOMMENDATION (ECF No. 135)** |

This Order strikes the Report and Recommendation issued by the undersigned on July 26, 2022 (ECF No. 135). Plaintiff has belatedly provided completed USM-285 forms for service on Defendants Betty T. Omandac, Ella D. Cordovez, and Symour T. Omandac. ECF No. 138-1. Although the return of the forms is late, the Court exercises its discretion to allow an attempt to serve these named defendants.

Accordingly,

IT IS HEREBY ORDERED that the Report and Recommendation filed on July 26, 2022, at ECF No. 135, is stricken.

IT IS FURTHER ORDERED that the Clerk's Office provide copies of the USM-285 forms filed at ECF No. 138-1 to the U.S. Marshal Service to allow for service on Defendants Betty T. Omandac, Ella D. Cordovez, and Symour T. Omandac.

IT IS FURTHER ORDERED that the U.S. Marshal Service shall attempt service on each of the above named Defendants within fifteen (15) days of the date of this Order and file the return of service promptly thereafter.

DATED this 1st day of August, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1