UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHERRI L. LOVE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEDICAL UNIT E FMWCC, *et al.*,<br><br>　　　　Defendants. | Case No. 2:20-cv-00525-JAD-EJY<br><br>**ORDER** |

On June 22, 2022, summonses were issued for Defendants Betty T. Omandac, Ela D. Cordovez, and Symour T. Omandac. ECF No. 128. On August 10, 2022, the summonses issued to the Omandacs were returned unexecuted. ECF Nos. 142, 143. The return of service completed by the U.S. Marshal indicates that three attempts were made at the address provided for these Defendants that the "property appears vacant" and "no one home to accept process." *Id.* The summons issued to Defendant Ela D. Cordovez was also returned unexecuted on August 18, 2022. ECF No. 148. The U.S. Marshal indicated three attempts to serve Ms. Cordovez were made and that "no one [was] home." *Id.*

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff has through and including **Septembers 30, 2022** to file with the Court any additional information regarding the addresses, location or other information that would assist in effecting service of process on Defendants Betty T. Omandac, Symour T. Omandac, and Ela D. Cordovez.

IT IS FURTHER ORDERED that failure to comply with the terms of this Order will result in a recommendation to dismiss, without prejudice, those Defendants for whom no additional information is provided.

DATED this 8th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1