UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Sherri L. Love,<br><br>    Plaintiff<br><br>v.<br><br>Rene Pena, et al.,<br><br>    Defendants | Case No.: 2:20-cv-00525-JAD-EJY<br><br>**Order Granting Motion to Extend Deadline to File Dispositive Motions**<br><br>[ECF No. 146] |

Pro se plaintiff Sherri Love is incarcerated at the Florence McClure Women's Correctional Center and sues various prison officials under 42 U.S.C. § 1983 for deliberate indifference to her medical needs. Defendants move to extend the deadline to file a summary-judgment motion from August 19, 2022, to September 9, 2022. Good cause appearing, and because Love offers no substantive opposition to the request, the court GRANTS the motion. However, because the court did not enter this order until after the proposed extended deadline passed, the court will extend the deadline to September 23, 2022, to give the parties a fair opportunity to get their motions completed and filed.

IT IS THEREFORE ORDERED that the motion to extend the deadline to file summary-judgment motions **[ECF No. 146] is GRANTED, and the deadline to file summary-judgment motions is extended *nunc pro tunc* to September 23, 2022.**

_____
U.S. District Judge Jennifer A. Dorsey
September 12, 2022