# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sherri L. Love,<br><br>    Plaintiff<br><br>v.<br><br>Rene Pena, et al.,<br><br>    Defendants | Case No.: 2:20-cv-00525-JAD-EJY<br><br>**Order Granting Second Motion to Extend Deadline to File Dispositive Motions**<br><br>[ECF No. 156] |

Pro se plaintiff Sherri Love is incarcerated at the Florence McClure Women's Correctional Center and sues various prison officials under 42 U.S.C. § 1983 for deliberate indifference to her medical needs. She moves the court to extend the deadline to file a summary-judgment motions a second time, explaining that she just got out of administrative segregation, which has left her unable to comply with the current deadline.[1] The defendants do not oppose her request.[2] Good cause appearing, IT IS ORDERED that the motion to extend the deadline to file summary-judgment motions **[ECF No. 156] is GRANTED, and the deadline to file summary-judgment motions is extended *nunc pro tunc* to November 9, 2022.**

_____
U.S. District Judge Jennifer A. Dorsey
October 11, 2022

---

[1] ECF No. 156.
[2] ECF No. 157.