UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHERRI L. LOVE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEDICAL UNIT E FMWCC, *et al.*,<br><br>　　　　Defendants. | Case No. 2:20-cv-00525-JAD-EJY<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Motion to Extend Time to File Replies in support of her motions seeking, *inter alia*, production of medical documentation—specifically a copy of an x-ray taken of her leg in February 2016, as well as all medical documentation for the years 2015 through 2022, held by Quality Medical Imaging. ECF No. 175. These requests appear in ECF Nos. 170 and 172. Plaintiff seeks an extension to January 20, 2023 to file her reply briefs. Plaintiff states this information is critical to her ability to respond to the pending Motion for Summary Judgment.

　　　　The Court is aware that the Deputy Attorney General assigned to this matter represents Plaintiff is already in possession of the documentation she seeks. The Court suspects, but does not know this is true.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time to File Replies (ECF No. 175) is GRANTED as Defendant does not oppose the request.

　　　　IT IS FURTHER ORDERED that, in order to assist the Court, the Defendant, through the Deputy Attorney General, must, no later than **January 10, 2023**, file a supplement to its Opposition to Plaintiff's Motion Requesting a Court Order to be Filed for Crucial Evidence (ECF No. 172) that (1) provides the dates, bates numbers, and title of medical records provided to Plaintiff that originated with Quality Medical Imaging, (2) addresses, if known, whether there is any additional medical information in Quality Medical Imaging's possession relating to issues raised by Plaintiff in the instant matter that have not been produced to Plaintiff, (3) whether and how a subpoena duces tecum to Quality Medical Imaging could and would be served, and (4) why and how granting

Plaintiff's Motions seeking this documentation would prejudice Defendant.  The supplement must be served on Plaintiff on the same day it is filed.

IT IS FURTHER ORDERED that Plaintiff shall have through and including **January 25, 2023** to file replies in support of her Motions seeking Quality Medical Imaging records (ECF Nos. 170, 174).  Plaintiff must note that no further extension of time will be granted.

DATED this 4th day of January, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE