UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Sherri L. Love,<br><br>          Plaintiff<br><br>v.<br><br>Rene Pena, et al.,<br><br>          Defendants | Case No.: 2:20-cv-00525-JAD-EJY<br><br>**Order Granting <u>Final</u> Extension of Plaintiff's Summary-Judgment Deadlines**<br><br>[ECF No. 187] |

     Pro se plaintiff Sherri Love is incarcerated at the Florence McClure Women's Correctional Center and sues various prison officials under 42 U.S.C. § 1983 for deliberate indifference to her medical needs.  The defendants filed a motion for summary judgment more than three months ago.[1]  The court has granted Love's last two requests[2] to extend her summary-judgment deadlines, most recently resetting her deadline both to file any summary-judgment motion and to oppose the defendants' motion to February 20, 2023.[3]  The last extension was granted because Love indicated that she was "too sick with kidney pain to prepare any such filing."[4]  I "caution[ed] Love that I w[ould] not extend this deadline further."[5]

---

[1] ECF No. 160.
[2] ECF No. 158; ECF No. 176.
[3] ECF No. 176.
[4] *Id.* at 2.
[5] *Id.* at 3.

Love now seeks another extension of this deadline.[6] She reports that she remains in severe pain, insists that "[u]nder Rule 6(b) [the] court must grant [her] an extension for good cause," and demands that her deadline be extended yet again—now to April 20, 2023.[7]

Federal Rule of Civil Procedure 6(b) states that "the court *may*, for good cause, extend" a litigant's deadline[8]; it does not mandate that the court grant such an extension. And this court has already granted multiple requests to extend this deadline for Love—cautioning her that further extensions were unlikely. Nevertheless, the defendants do not oppose this most recent motion, and the court is sympathetic to Love's pain complaints. So I grant one last extension of this deadline. Love has until April 20, 2023, to file her own motion for summary judgment if she chooses to do so, and she has until April 20, 2023, to file her opposition to the defendants' motion for summary judgment.[9] **These deadlines will not be further extended absent a showing of extraordinary circumstances; good cause will not be enough**.

IT IS THEREFORE ORDERED that Love's motion to extend her deadline to file a summary-judgment motion and to oppose the defendants' pending summary-judgment motion (ECF No. 160) **[ECF No. 187] is GRANTED, extending these deadlines to April 20, 2023.**

                                        _____
U.S. District Judge Jennifer A. Dorsey
February 23, 2023
nunc pro tunc to 2/20/23

---

[6] ECF No. 187.
[7] *Id*. at 2.
[8] Fed. R. Civ. P. 6(b)(1) (emphasis added).
[9] ECF No. 160.