Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
C.B. Kirschner
Assistant Federal Public Defender
Pennsylvania State Bar No. 92998
Margaret Lambrose
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
CB_Kirschner@fd.org
Maggie_Lambrose@fd.org
Attorneys for Plaintiff Sherri L. Love

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Sherri L. Love, | |
| Plaintiff, | Case No. 2:20-cv-00525-JAD-EJY |
| v. | **Stipulation and Order to Extend Deadlines** |
| Medical Unit E. FMWCC, *et al.*, | |
| Defendants. | |

The parties stipulate that counsel for Plaintiff shall have an additional 14 days, or until May 24, 2023, to serve the Omandacs, and an additional 45 days, or until July 3, 2023, to file an Opposition to the Motion for Summary Judgment. This is the first stipulation for the extension of these deadlines.

The parties make this stipulation in good faith. Ms. Love initiated the current matter by filing a Complaint on or about March 12, 2020.[1] This Court appointed counsel for Ms. Love on April 7, 2023.[2] Indeed, counsel for Defendants and Plaintiff are all relatively new to this case, having entered their appearance on April 12 and April 17, 2023, respectively. Counsel believes there is good cause for this stipulation, as explained below.

Counsel for Plaintiff prepared summonses for Betty and Seymore Omandac and had their investigator attempt to serve them on May 1, 2023.[3] This attempt was unsuccessful because it appears they reside in a locked, gated community. Therefore, counsel's office has approved the hiring of a process serving company to effectuate service. Plaintiff's counsel are in the process of retaining a company, but need additional time to complete the necessary expenditure forms and complete service. The deadline for service is currently May 10, 2023.[4] Counsel for Defendants has agreed to stipulate to an extension of two weeks, until May 24th, for service to be completed.

Counsel for the Plaintiff also have a deadline of May 19, 2023, to file an Opposition to the Motion for Summary Judgment.[5] However, Plaintiff's counsel just received discovery from counsel for Defendants on April 24, 2023. Thus, Plaintiff's counsel require additional time to review those materials to adequately address the issues of disputed fact in the Opposition to the Motion for Summary Judgment. Plaintiff's counsel also need time to familiarize themselves with the lengthy history of this case (the docket currently consists of 221 entries). Plaintiff's counsel also

---

[1] ECF No. 1-1.
[2] ECF No. 214.
[3] *See* ECF Nos. 216, 217, & 218.
[4] *See* ECF No. 215 at 10.
[5] *Id.*

must meet with Ms. Love to discuss the case prior to filing the Opposition. As Ms. Love is incarcerated, coordinating client meetings presents a challenge. Based on these reasons, counsel for Defendants has agreed to stipulate to an extension of 45 days, until July 3rd, for the filing of the Opposition to Motion for Summary Judgment.

Therefore, the parties stipulate and request that the date for Plaintiff to serve the Omandacs is extended an additional 14 days, until May 24, 2023, and the deadline to file the Opposition to the Motion for Summary Judgment is extended 45 days, until July 3, 2023.

It is so stipulated.

Dated May 3, 2023.

| | |
|---|---|
| Aaron D. Ford<br>Attorney General | Rene L. Valladares<br>Federal Public Defender |
| */s/ Samuel Pezone Jr.*<br>Samuel Pezone Jr.<br>Deputy Attorney General | */s/ CB Kirschner*<br>C.B. Kirschner<br>Assistant Federal Public Defender |
| Attorney for Defendants | */s/ Margaret Lambrose*<br>Margaret Lambrose<br>Assistant Federal Public Defender |
| | Attorneys for Plaintiff |

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: May 3, 2023