UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Sherri L. Love, | Case No.: 2:20-cv-00525-JAD-EJY |
| Plaintiff | **Order to Produce Sherri L. Love #1023826** |
| v. | |
| Rene Pena, et al, | |
| Defendants | |

**TO: NEVADA DEPARTMENT OF CORRECTIONS; and**

**TO: GABRIELA NAJERA, ASSOCIATE WARDEN, FLORENCE MCCLURE WOMEN'S CORRECTIONAL CENTER, LAS VEGAS, NV; and**

**TO: UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL**

THE COURT HEREBY FINDS that SHERRI L. LOVE, #1023826, is presently in custody of the Nevada Department of Corrections, located at Florence McClure Women's Correctional Center, Las Vegas, Nevada. IT IS ORDERED that the Warden of at Florence McClure Women's Correctional Center, or her designee, must transport and produce SHERRI L. LOVE, #1023826, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on Wednesday, October 18, 2023, at the hour of 11:00 AM, in LV Courtroom 6D for the motion hearing in the instant matter, and arrange for her appearance on said date as may be ordered and directed by the entitled above, until SHERRI L. LOVE, #1023826, is released and discharged by the court; and that SHERRI L. LOVE, #1023826, will

thereafter be returned to the custody of the Warden, Florence McClure Women's Correctional Center, Las Vegas, NV, under safe and secure conduct.

DATED: September 29, 2023.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE