Travis N. Barrick, # 9257
Gallian Welker & Associates, L.C.
730 Las Vegas Blvd. S., #104
Las Vegas, Nevada 89101
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
Attorneys for Plaintiff Sherri L. Love
Under the Pro Bono Program

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Sherri L. Love,<br><br>              Plaintiff,<br><br>    v.<br><br>Rene Pena, et al.,<br><br>              Defendants. | Case No.: 2:20-cv-525- JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>ECF No. 266 |

Sherri L. Love, through her attorneys of the law firm of Gallian Welker & Associates, L.C., and the Defendants, through their attorneys of the Office of Attorney General, hereby stipulate that Ms. Love shall have until Monday, October 16, 2023, to file her Reply in Support of her Motion for Preliminary Injunction.

Counsel agree that this Stipulation is made in good faith and not for the purposes of delay.

| | |
|---|---|
| DATED this 13th day of October 2023.<br><br>By:   /s/ Travis N. Barrick<br>Travis N. Barrick, Esq.<br>Gallian Welker & Associates, L.C.<br>Attorneys for Plaintiff Sherri L. Love<br>Under the Pro Bono Program | DATED this 13th day of October 2023.<br><br>By:   /s/ Samuel L. Pezone, Jr.<br>Samuel L. Pezone, Jr., Esq.<br>Office of the Attorney General<br>Attorneys for the Defendants |

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 13, 2023