AARON D. FORD
  Attorney General
SAMUEL L. PEZONE JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-4070 (phone)
(702) 486-3773 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants
Gabriella Najera, Dr. Rene Pena,
Malita Sastrillo, Symour Omandac,
and Betty Omandac*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHERRI L. LOVE, | Case No. 2:20-cv-00525-JAD-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| MEDICAL UNIT E FMWCC, et al., | |
| Defendants. | ECF Nos. 289, 290 |

Plaintiff, Sherri Love, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 13th day of December, 2023.

By: /s/ *Travis N. Barrick*
TRAVIS N. BARRICK, ESQ.
Attorney for Plaintiff, Sherri Love #1023826
730 Las Vegas Boulevard South, Suite 104
Las Vegas, Nevada 89101

DATED this 13th day of December, 2023.
AARON D. FORD
Attorney General

By: /s/ *Samuel L. Pezone Jr.*
SAMUEL L. PEZONE JR. (Bar No. 15978)
Deputy Attorney General

## ORDER

Based on the parties' stipulation [ECF No. 290] and good cause appearing, IT IS ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. And because this case has concluded, Attorney Travis Barrick's motion to withdraw as pro bono counsel **[ECF No. 289] is GRANTED**. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 8, 2024